IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL F. VINDIOLA, ET AL., | 2:25-MC-00392-JAM-AC |
| Plaintiff, | |
| v. | **ORDER GRANTING MOTION UNDER FED. R. CRIM. P. 32(c)(1(B) FOR AN ORDER AUTHORIZING DISCOVERY** |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

Before this Court is the United States' motion pursuant to Rule 32.2(c)(1)(B) of the Federal Rules of Criminal Procedure for an order authorizing the United States to conduct discovery in accordance with the Federal Rules of Civil Procedure. After having read and considered the motion, the Court finds as follows:

a.    The United States is authorized to conduct discovery pursuant to Fed. R. Crim. P. 32.2(c)(1)(B). The United States' proposed discovery, motion and hearing schedule is adopted as follows:

///

///

1

Order Re: Authorizing Discovery
Pursuant to Rule 32.2

| Event | Timing |
|---|---|
| Discovery Cutoff | **March 13, 2026** |
| Last Day to File Dispositive Motions | **April 17, 2026** |
| Ancillary Hearing | **June 02, 2026, at 1:00 pm** |

Dated:  January 20, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE

2

Order Re: Authorizing Discovery
Pursuant to Rule 32.2